## BARLOW *v.* KELLER ET AL.

[No. 26,455.   Filed February 23, 1935.]

*Joseph C. Herron,* for appellant.

*Marshall, Hillis & Coffel,* for appellees.

TREMAIN, J.—The judgment in the trial court in this case depends upon the validity of Chapter 61, Acts 1925. In *Lyle Martin* v. *Rudolph Loula, etc., et al.,* No. 26,386, the Chapter is held to

be unconstitutional and void. Upon that authority the judgment is reversed, and the trial court is instructed to overrule the demurrer to the complaint.